

Michael A. Johnson
Matthew J. Evans
Daniel C. Headrick
Brian E. Berger
Matthew E. Miller
Paige A. Coleman
G. Alan Rawls
Richmond S. Hall
V. Hollis Hoggard
Zeb W. Evans
David T. Shepherd

Michael A. Johnson
mjohnson@je.legal

222 Second Ave. South
Ste 1250
Nashville, TN 37201
615-747-7701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2026

January 8, 2026

<u>VIA E-FILING</u>

The Hon. Judge Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *Baketivity Kids, LLC et al. v. Third Line Solutions, LLC et al.*, No. 1:25-cv-09416

Dear Judge Vyskocil:

This firm represents Defendant Cindy Kidney. Pursuant to Fed. R. Civ. P. 6(b), Defendant Cindy Kidney hereby moves this Court for additional time to respond to the Complaint, up to and including **January 29, 2026**. This extension is not sought for purpose of delay and good cause exists for the requested extension. Specifically, Ms. Kidney was served on December 18, 2026 and both Ms. Kidney and undersigned counsel have been delayed in preparing a response due to the holidays. Further, this firm represents the remaining Defendants in this case and their responses are not due until February 6, 2026. In the interest of judicial economy, all Defendants intend to respond concurrently, in one document, if permitted. Further, there is a prior-pending case involving the same parties and the same factual issues in the Middle District of Tennessee, for which briefing is ongoing.

Finally, by so moving, Ms. Kidney does not waive any applicable defenses, including lack of personal jurisdiction, all of which are hereby reserved.

Sincerely,

Michael A. Johnson

**Granted. SO ORDERED.**

Date: 1/9/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

Nashville
Atlanta
Knoxville
Austin

johnsonevans.law